```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 01079
     DELOIS SMITH DANIELS
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-5671

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/22/2007 and was confirmed 05/14/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/17/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS I  CURRENT MORTG         .00              .00            .00
CAPITAL ONE BANK          UNSEC W/INTER     2319.36              .00            .00
MCI                       UNSEC W/INTER   NOT FILED              .00            .00
CREDIT ONE BANK           UNSEC W/INTER   NOT FILED              .00            .00
B-LINE LLC                UNSEC W/INTER     1446.71              .00            .00
HSBC NV                   UNSEC W/INTER   NOT FILED              .00            .00
US DEPT OF EDUCATION      UNSEC W/INTER    20062.93              .00            .00
HARLEM FURNITURE          UNSEC W/INTER   NOT FILED              .00            .00
COMMONWEALTH EDISON       UNSEC W/INTER     1028.76              .00            .00
ARONSON FURNITURE         SECURED NOT I        .00               .00            .00
CITY OF CHICAGO WATER DE  SECURED            550.00              .00          18.34
METROPOLITAN L CREDIT UN  SECURED NOT I    10320.28              .00            .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER   NOT FILED              .00            .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER     6063.49              .00            .00
ILLINOIS DEPT OF REV      SECURED NOT I      257.18              .00            .00
BENNIE W FERNANDEZ        DEBTOR ATTY      2,623.00                          1,437.65
TOM VAUGHN                TRUSTEE                                               96.24
DEBTOR REFUND             REFUND                                                 .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  1,552.23

PRIORITY                                            .00
SECURED                                           18.34
UNSECURED                                           .00
ADMINISTRATIVE                                 1,437.65
TRUSTEE COMPENSATION                              96.24
DEBTOR REFUND                                       .00
                        ---------------   ---------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 01079 DELOIS SMITH DANIELS
```

```
TOTALS                             1,552.23            1,552.23
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                              /s/ Tom Vaughn
Dated: 12/27/07               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```